

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 11, 2021

VIA ECF
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re:   *Calixte, et al. v. Mayorkas, et al.*, No. 21 Civ. 4022 (RA)

Dear Judge Abrams:

This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Petition for Alien Relative (I-130) and Application to Register Permanent Residence or Adjust Status (Form I-485). On behalf of the government, I write respectfully to request an adjournment of the initial conference scheduled for June 18, 2021, to a date at least one week after the government's response to the complaint is due, which is on July 9, 2021 (*i.e.*, to July 20, 2021, or thereafter, due to the availability of counsel).

The adjournment is respectfully requested because USCIS has scheduled an interview of the plaintiffs for June 15, 2021, and thus may be able to take adjudicative action on their Form I-130 and Form I-485 within the time afforded under the Federal Rules of Civil Procedure for its response to the complaint, *i.e.*, by July 9, 2021. If an adjudication is not possible by that time (*e.g.*, because USCIS may need to issue a Request for Evidence or otherwise follow up after the June 15 interview), it will be in a better position at that time to discuss a proposed timeline with the plaintiffs' counsel and seek an appropriate extension of its response date. The government therefore respectfully submits that adjourning the initial conference until after the June 15 interview and after the July 9 date for the response to the complaint is in the interests of judicial efficiency and conservation of the Court's and the parties' resources.

This is the government's first request for an adjournment of the initial conference. The plaintiffs consent to this request. I respectfully request that the Court accept this letter in lieu of the preconference submissions, which are due today.

I thank the Court for its consideration of this letter.

Application granted.  The initial pre-trial conference is hereby adjourned until July 9 at 1:30 pm.  The call-in information for the conference remains the same: call in number (888) 363-4749, access code 1015508#.
SO ORDERED.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   *s/ Michael J. Byars*
MICHAEL J. BYARS
Assistant United States Attorney
Telephone: (212) 637-2793
Facsimile: (212) 637-2786
E-mail: michael.byars@usdoj.gov

Ronnie Abrams, U.S.D.J.
June 14, 2021

cc:  Counsel of record (via ECF)